**Stephen D. SATCHER, Petitioner–Appellant,**

v.

**KAREN F. HOGSTEN, Warden, Respondent–Appellee.**

No. 13–7789.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2014.

Decided: June 24, 2014.

Stephen D. Satcher, Appellant Pro Se.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen D. Satcher, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and conclude that Satcher's claim is without merit. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*